IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| -vs- | ) |
| | ) Criminal No. 07-190-2 |
| RAJMANN SANDERS | ) |
| | ) |
| Defendant. | ) |

AMBROSE, Chief District Judge.

## ORDER OF COURT

AND NOW, this 7th day of August, 2007, Defendant Rajmann Sanders having plead guilty to Count(s) __1__ of the Indictment at Criminal No. 07-190-2 and in accordance with the Sentencing Reform Act of 1984, 18 U.S.C. § 3551, et seq. (1987) and the Sentencing Guidelines of the United States Sentencing Commission promulgated under that Act and the Sentencing Act, 28 U.S.C. §991 et seq. (1987),

IT IS ORDERED that:

1. No later than __9/28/07__ the Probation Office is to forward to this Court, to the Defendant and to counsel for the Defendant and for the Government a copy of the Presentence Report.

2. Counsel should be aware of the provisions set forth in Local Rule 32.1 concerning resolution of disputed facts or factors material to the sentencing.

3. No later than __10/12/07__, counsel for the Defendant and for the Government are to each file with this Court and serve upon the Probation Office and opposing counsel a statement either outlining their objections to, or indicating their agreement with, the Presentence Report. Citations to authority are to be included where necessary or appropriate

4. No later than __10/19/07__, the Probation Office is to file with this Court and serve upon counsel for the Defendant and for the Government the Presentence Report, together with an addendum setting forth any objections to the Presentence Report, which have been made and which have not been resolved, together with the Probation Officer's recommendation.

    5. This Court will strictly enforce Local Rule 32.1(I) with respect to disclosure of any Presentence Report information.

    6. Sentencing of Defendant Rajmann Sanders will take place on _Oct. 22, 2007_ at _9:15 am_.

BY THE COURT:

_Donetta W. Ambrose_
Donetta W. Ambrose,
Chief U. S. District Judge

PC

ALL COUNSEL OF RECORD
PROBATION OFFICE
U.S. MARSHAL